**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEONG LEE,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JORGE M. RODRIGUEZ, TRUSTEE OF THE RODRIGUEZ FAMILY TRUST; RONALD D. ISAACS, TRUSTEE OF THE ISAACS FAMILY TRUST; and DOES 1 to 10,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-07282-MCS-PD<br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying Motion for Default Judgment, it is ordered, adjudged, and decreed that the Complaint is dismissed. The case is dismissed without prejudice for lack of jurisdiction. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: December 28, 2021

　　　　　　　　　　　　　　　　　　　　_/s/ Mark C. Scarsi_
　　　　　　　　　　　　　　　　　　　　MARK C. SCARSI
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1